IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DENNY L. NEWMAN,

     Plaintiff,

v.                                            CASE NO.  5:15cv102-RH/GRJ

MOSES IZUEGBU et al.,

     Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 72, and the objections, ECF No. 76.  I have reviewed de novo the issues raised by the objections.  Upon consideration

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The defendants' motion to dismiss, ECF No. 62, is GRANTED.  The clerk must enter judgment stating, "The plaintiff's claims are DISMISSED without prejudice."  The clerk must close the file.

SO ORDERED on April 19, 2016.

                                                s/Robert L. Hinkle
                                                United States District Judge